NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ACORDA THERAPEUTICS INC.,**
*Plaintiff-Appellant,*

v.

**APOTEX INC. AND APOTEX CORP.,**
*Defendants-Appellees.*

---

2012-1019

---

Appeal from the United States District Court for the District of New Jersey in case no. 07-CV-4937, Chief Judge Garrett E. Brown, Jr.

---

**ON MOTION**

---

**ORDER**

Acorda Therapeutics, Inc. moves for a 30-day extension of time, until January 11, 2012, to file its initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**DEC 0 8 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  James B. Monroe, Esq.
     Kevin M. Nelson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 8 2011

JAN HORBALY
CLERK